MEMORANDUM OPINION




No. 04-07-00327-CV



Bill BLEVINS d/b/a Splashtime Pools,


Appellant



v.



Louis LOZANO,


Appellee



From the County Court at Law #2, Bexar County, Texas


Trial Court No. 320248


Honorable Judge Irene Rios, Judge Presiding



PER CURIAM


Sitting: Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: August 8, 2007


DISMISSED FOR LACK OF JURISDICTION

 From our initial review of the record it appeared that appellant was seeking to appeal from
an order that was not final. Therefore, on May 23, 2007, we ordered appellant to show cause in
writing by June 7, 2007 why this appeal should not be dismissed for lack of jurisdiction. To date,
Appellant has not responded. 

 Therefore, this appeal is dismissed for lack of jurisdiction. See Tex. R. App. P. 42.3(a). 
Costs of appeal are taxed against appellant. 

 PER CURIAM